1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   JOSEPH TILLER
5

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| JOSEPH TILLER, | ) | Case No.: 2:09-cv-02891-JAM-KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **VOLUNTARY DISMISSAL** |
| VALENTINE & KEBARTAS, INC., INC., | ) | |
| Defendant. | ) | |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JOSEPH TILLER, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 11, 2010                                      KROHN & MOSS, LTD.


                                                           By:/s/ Nicholas J. Bontrager.
                                                               Nicholas J. Bontrager
                                                               Attorneys for Plaintiff
                                                               JOSEPH TILLER